Pan-American Wall Paper and Paint Company, appellant, v. Davis G. McCarn et al., appellees. Gen. No. 37,336.

Heard in the first division of this court for the first district at the February term, 1934. Opinion filed April 30, 1934. Rehearing denied May 14, 1934.

Alden, Latham & Young, for appellant. Taylor, Miller, Busch & Boyden, for appellees; Francis X. Busch and James J. Magner, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.